IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEVINA LAWRENCE | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, INC. | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND

Plaintiff Kevina Lawrence brings this action for damages and other legal and equitable relief which flow from Defendant Fed-Ex Ground Package System, Inc.'s (Fed-Ex) unlawful discrimination and retaliation in violation of the Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964) (Title VII); and 42 U.S.C. § 1981 and the Texas Commission on Human Rights Act (TCHRA).

## PARTIES

1.     Lawrence is a citizen and resident of the United States, residing in Tarrant County, Texas.

2.     Fed-Ex is a Foreign For-Profit Corporation licensed and doing business in the State of Texas.  Fed-Ex may be served by delivering a copy of a summons and complaint to its registered service agent CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201-3136.

## JURISIDICTION AND VENUE

3.        Jurisdiction of this Court is invoked pursuant to 28 U.S.C. 1331Venue is proper in the Northern District of Texas pursuant to Title 28 U.S.C. §1391(b) and (c) and Title 29 U.S.C. § 206 *et seq.*, because the unlawful practices described in this complaint occurred in the Fort Worth Division of the Northern District of Texas.

## BACKGROUND FACTS

4.        Fed-Ex fired Lawrence because she is an African American woman over forty years and Fed-Ex fired Lawrence because she complained about being discriminated against because she is a Black woman.

5.        Fed-Ex acquires the business operations of RPS which hired        Lawrence as a package handler in 1998.

6.        Fed-Ex hires Lawrence in 2006.

7.        Fed-Ex promotes Lawrence in 2007 to Admin Clerk I-Terminal, to Admin Associate in 2011, and in 2014 to Sr. Operations Admin.

8.        Fed-Ex transfers Lawrence to its Arlington location on September 9, 2018.

9.        Fed-Ex promotes Caucasian female to Sr. Manager position at Arlington location in January 2019.

10.        Fed-Ex Sr. Manager requires Lawrence to set up and procure meals and drinks for persons visiting the Arlington location notwithstanding that Lawrence's position was F&MH Maintenance Support Rep and did not include catering or hostess duties.

11.    Fed-Ex Sr. Manager complains that Lawrence has not procured a vegan meal for a visitor in April 2019.

12.    Fed-Ex Sr. Manager hears Lawrence say she could not find food near their location to accommodate the request for a vegan meal and that she did not want to go back ou searching for vegan food because she has spent two days setting things up for the visit.

13.    Fed-Ex Sr. Manager yells at Lawrence saying that she is upset that Lawrence has not procured food to accommodate a vegan diet.

14.    Fed-Ex Sr. Manager hears that manager Asan Sawalhi is coming to the Arlington location to meet with employees.

15.    Fed-Ex Sr. Manager hears or should hear a white male employee go off on a profanity laced tirade about the upcoming meeting with Asan. Sawalhi.

16.    Fed-Ex Sr. Manager hears or should hear white male employee on the morning before the meeting yell referring to Asan. Sawalhi that he would "KILL THAT CAMEL HUMPING MF."

17.    Fed-Ex Sr. Manager meets with the employees at the Arlington location.

18.    Fed-Ex Sr. Manager hears white male employee yell disparaging and profanity laced remarks about Asan Sawalhi.

19.    Fed-Ex Sr. Manager tries to calm the white male employee down, but after being unable to do so tells the other employees to leave.

20.    Fed-Ex Sr. Manager continues her attempt to calm the white male employee down, but after she could not do so to Facility Manager's office.

21.    Fed-Ex Sr. Manager and Facility Manager eventually calm white male employee down.

22.     Fed-Ex. Sr. Manager and Facility Manager knows that white male employee has prior disciplinary warnings during his six-year tenure with Fed-Ex.

23.     Fed-Ex Sr. Manager call Lawrence in to her office in August 2019, to write up Lawrence for allegedly missing an email and failing to complete a task.

24.     Fed-Ex Sr. Manager hears Lawrence say she had not seen the email and apologize for not completing the task and promise that she would get it done write away.

25.     Fed-Ex Sr. Manager calls Lawrence into her office on September 12, 2019, and tells Lawrence that she is writing her up for again failing to complete a task.

26.     Fed-Ex Sr. Manager hears Lawrence say that she was not aware that she was responsible for completing the task.

27.     Fed-Ex Sr. Manager hears Lawrence say that Fed-Ex Sr. Manager has not been clear in her communications.

28.     Fed-Ex Sr. Manager hears Lawrence request that Fed-Ex Sr. Manager be clear in her directions.

29.     Fed-Ex Sr. Manager hears from white male employee that he and Lawrence had texted about the proposed write up.

30.     Fed-Ex Sr. Manager reads the text messages between Lawrence and the white male employee in which Lawrence complains that Fed-Ex Sr. Manager is trying to get her fired and is mistreating her because she is a Black woman and that they would lose their jobs and be F***up fooling with her.

31.     Fed-Ex employee approaches on September 13, 2019, and tells her that she must gather her things and immediately leave the premises because she is suspended.

32.    Fed-Ex employee hears Lawrence ask why she is being suspended, why human resources is not involved her suspension, why the employee instead of security is telling her to gather her things and walking her off the premises which does not comply with Fed-Ex policy or prior practice.

33.    Fed-Ex employee tells Lawrence he does not know.

34.    Fed. Ex Sr. Manager and Fed-Ex Facility Manager call Lawrence on October 7, 2019, to tell her she is fired for violating Fed-Ex's  workplace violence policy.

35.    Fed-Ex reads the ethics complaint filed by Lawrence on the day she was fired in which she complains that she is being racially profiled and treated differently than the white male employee on the same issue.

36.    Fed-Ex reads Lawrence's complaint that other (non-Black female employees over forty) have said worse things and not even been reprimanded for it, let alone suspended and fired.

37.    Fed-Ex tells the public that it is committed to equal employment opportunity and maintains an EEO Affirmative Action Policy promising employees that employment decisions will not be made on the basis of race, color, sex, national origin, religion, creed, age, disability, or any other status protected by federal, state, or local law.

## CAUSES OF ACTION

**Section 1981 violation**

38.    Lawrence's claim for recover under Section 1982 is based upon 42 U.S.C. § 1981, which provides that all persons within the United States shall have the same right to make and enforce contracts and to the full and equal benefit of all laws as is enjoyed by white citizens. The law entitles a Black person to equal opportunity and treatment in employment.  Thus, when

an employer acts adversely against a Black person because of that person's race, the law has been violated and the Black person may file suit and recover damages.

39.    A Black person is also entitled to file suit and recover damages under Section 510 for retaliation for complaining about or reporting race or gender, or race and gender discrimination.

40.    Fed-Ex violated the federal statute by intentionally discriminating and retaliating against Lawrence; and, as a direct result of the discriminating and retaliating against Lawrence; and, as a direct result of the discrimination and retaliation caused damages to Lawrence.

**TCHRA**

41.    Prior to Fed-Ex firing her on October 7, 2019, Lawrence had served Fed-Ex and its predecessor almost twenty years in an exemplary fashion and earning excellent performance reviews, merit increases in pay, awards for going above and beyond and promotions.

42.    Prior to Fed-Ex Sr. Manager giving Lawrence a write up in August 2019, Lawrence had even had never had a write up.

43.    Fed-Ex's disparate treatment of Lawrence was motivated by her race, Black, and sex, female or because she is a black female in violation of Tex. Labor Code §21.051, et seq, including §§ 21.051, 21.101, 21.125, and any other applicable provisions.

**Title VII**

44.    Fed-Ex Sr.'s treatment of Lawrence changed to become negative and unfair after she declined to continue to search for vegan food for a guest even though the role of caterer and hostess was not in her job description.

45.    Fed-Ex did not expect white male employees or those substantially younger than Lawrence to perform the duties of caterer or hostess and did not punish them for not doing so.

46.    Fed-Ex discriminated against Lawrence based on her race, Black, and her sex,

female or because she is a Black female  and retaliated against her for complaining that she was being subjected to differential treatment because she is a Black woman.

**Exemplary Damages**

47.     Lawrence is also entitled to receive punitive damages because Fed-Ex engaged in a discriminatory or retaliatory practice or in discriminatory or retaliatory practices with malice or with reckless indifference to the federally protected and state-law protected rights of Lawrence, an aggrieved individual.

**Attorney's Fees**

48.     Lawrence is also entitled to attorneys' fees, interest, and costs of court for services rendered in this cause, including trials and appeals.

## JURY DEMAND

49.     Lawrence hereby seek a trial by jury on all causes of action and defenses alleged in this matter which may be properly tried to a jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Lawrence requests that Fed0Ex answer and that on final trial, Lawrence have judgment against Fed-Ex for compensatory, declaratory, and exemplary damages, attorney's fees and expert fees, costs of suit, and interest as provided by law and any other and further to which she may be entitled.  Lawrence also prays for injunctive and equitable relief which includes, but is not limited to, requiring Fed-Ex provide bias training to its managers and supervisors and training to all of its employees on complying with EEO laws and its own EEO policies.

Dated: July 19, 2021

Respectfully submitted,


*s/  N. Sue Allen*
N. Sue Allen
Texas Bar No. 00791992
4701 Altamesa Blvd, Suite 2R
Fort Worth, Texas 76133
E-Mail: sue@sueallenlaw.com
Tel.:  (817) 926-5005
Fax.: (817) 926-5165